IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAVID CICERO PUCKETT,                )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )        CV-00-AR-3673-S
                                     )
RALPH TOLAND, ET AL.,                )
                                     )
            Defendants.              )

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on July 3, 2003, recommending that

this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which

relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, the

Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and

the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failure

to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).  An

appropriate order will be entered.

DATED this 29ᵗʰ day of July, 2003.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The plaintiff did file "objections," but the objections contain only conclusory statements of other
complaints.